IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARVIN LIVINGSTON,
ADC #127661                                                                                           PLAINTIFF

v.                                              5:09CV00227JMM/JTK

ED ADAMS, et al.                                                                                   DEFENDANTS

## ORDER

This matter is before the Court on the defendants' motion for summary judgment (Doc. No. 23). As of this date, plaintiff has not filed a response. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' summary judgment motion within ten days of the date of this Order. Failure to respond may result in the dismissal of plaintiff's complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 24th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE