IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARVIN LIVINGSTON,
ADC #127661                                                                                          PLAINTIFF

v.                                    5:09CV00227JMM/JTK

ED ADAMS, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (Doc. No. 23) is hereby DENIED.

IT IS SO ORDERED this 29th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE