### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MARVIN LIVINGSTON,
ADC #127661                                                                                           PLAINTIFF

5:09-cv-00227-JMM-JTK

ED ADAMS, et al.                                                                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants have judgment against Plaintiff and that this case is DISMISSED with prejudice. Plaintiff's Motion for Hearing (Docket # 64) is MOOT.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of May, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE