IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARVIN LIVINGSTON,
ADC #127661                                                                                         PLAINTIFF

5:09-cv-00227-JMM-JTK

ED ADAMS, et al.                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of May, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE